UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------------------x
UNITED STATES OF AMERICA,

-v-                                    Case No. 3:07-cr-00048-HLA-MCR

KASSIAN MARITIME NAVIGATION
AGENCY, LTD.,
---------------------------------------------------------------x

## MOTION TO REOPEN CASE ON COURT'S ACTIVE DOCKET

COME NOW, Kassian Maritime Navigation Agency, Ltd. ("Kassian"), by and through undersigned counsel, and moves this Honorable Court to reopen this Court's active docket, stating the following grounds in support hereof:

1. Kassian assumes this Honorable Court's familiarity with the procedural history of this matter.

2. On October 5, 2009, Kassian filed an Emergent Motion for Early Termination of Probation; a Motion to Shorten the Government's Time to Respond; and a Motion for an Expedited Hearing. (*See* Docket #140).

3. Thereafter, undersigned counsel noticed that the Court's electronic case filing ("ECF") docket indicated that this case had been closed from the Court's active docket (on or around December 12, 2007). (*See* Docket #138).

4.    At this time, Kassian's Emergent Motion for Early Termination of Probation; Motion to Shorten the Government's Time to Respond; and Motion for an Expedited Hearing remain pending before this Honorable Court. (See Docket #140).

WHEREFORE, the undersigned moves this Honorable Court for an Order directing the Clerk of the Court to reopen this matter on the Court's active docket.

Dated: Oyster Bay, New York
October 12, 2009

                        CHALOS & CO, P.C.
                        Attorneys for Defendant
                        KASSIAN MARITIME NAVIGATION
                        AGENCY, LTD.

By:    /s/ George M. Chalos
        George M. Chalos
        Federal Bar No. GC-8693
        123 South Street
        Oyster Bay, New York 11771
        Tel: (516) 714-4300
        Fax: (516) 750-9051
        Email: gmc@chaloslaw.com

Of Counsel:

Moseley Prichard Parrish Knight & Jones

James Francis Moseley
jmoseleyjr@mppkj.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

*Attorneys for United States of America*:

John M. Guard, Esq.
Assistant United States Attorney
John.guard@usdoj.gov

John Sciortino, Esq.
Assistant United States Attorney
John.sciortino@usdoj.gov

By other means to:

Joseph A. Poux, Jr., Esq (*via e-mail*)
Environment and Natural Resources Division
Environmental Crimes Section
Joseph.Poux@usdoj.gov