UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 3:07-cr-00048-HLA-MCR

KASSIAN MARITIME NAVIGATION
AGENCY, LTD.,

_____

## MOTION BY DEFENDANT KASSIAN MARITIME NAVIGATION AGENCY, LTD. FOR LEAVE TO FILE REPLY BRIEF ON MOTION FOR EARLY TERMINATION OF PROBATION

**COME NOW**, Defendant Kassian Maritime Navigation Agency, Ltd. ("Kassian"), by and through undersigned counsel, and files this Motion for Leave to File a Reply Brief on Defendant's Motion for Early Termination of Probation, pursuant to Middle District of Florida Local Rule 3.01(d).

The government's opposition to Defendant's Motion for Early Termination of Probation, filed on October 16, 2009, mischaracterizes the substance of the relief sought by the Defendant and purposefully ignores the documentary evidence presented in support of the motion. Perhaps most glaring is the government's disregard of the declarations submitted by the Independent Consultant, Captain Richard Wigger and the Court Appointed Monitor/Third Party Auditor, Mr. James Sanborn in support of Defendant's motion.

The proposed Reply Brief shall be no more than five (5) pages in length, and is necessary to rebut the arguments presented by the government and to further explain to the

Court the facts and circumstances which compel the issuance of an Order granting Kassian's Motion for Early Termination of Probation.

Date: October 21, 2009

By:  Respectfully submitted:

George M. Chalos
Federal Bar No. GC-8693
Briton P. Sparkman
Federal Bar No. BS-5220
CHALOS & CO, P.C.
123 South Street
Oyster Bay, New York 11771
Tel:   (516)-714-4300
Fax:   (516)-750-9051
Email: gmc@chaloslaw.com
**ATTORNEYS FOR KASSIAN MARITIME NAVIGATION AGENCY, LTD.**

Of Counsel:

**Moseley Prichard Parrish Knight & Jones**

James F. Moseley Jr., Florida Bar No. 699926
P. Michael Leahy, Florida Bar No. 0504211
501 West Bay Street
Jacksonville, Florida 32202
Phone: (904) 356-1306
Fax: (904) 354-0194
email:jmoseleyjr@mppkj.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

*Attorneys for United States of America*:

John M. Guard, Esq.
Assistant United States Attorney
john.guard@usdoj.gov

John Sciortino, Esq.
Assistant United States Attorney
john.sciortino@usdoj.gov

By other means to:

Joseph A. Poux, Jr., Esq (*via e-mail*)
Environment and Natural Resources Division
Environmental Crimes Section
Joseph.Poux@usdoj.gov

/s/ George M. Chalos