UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:07-cr-48-J-25 |
| v. | |
| KASSIAN MARITIME NAVIGATION AGENCY | |

| **Counsel for Government:** | **Counsel for Defendants:** |
|---|---|
| John Guard, Joe Poux | George Chalos, Jim Mosely |

**HONORABLE HENRY LEE ADAMS, JR., UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Paula Tribune Goins   Date: October 30, 2009
Court Reporter: Deanne Moore             Time: 11:00 a.m.-12:20 a.m.

**CLERK'S MINUTES**

PROCEEDINGS OF:  MOTION FOR EARLY TERMINATION OF PROBATION(#140)

Government witness: Lt. Commander Burgess, U.S. Coast Guard

Defendant Witness: John Liokouras.

The Court heard oral argument from the parties.

Motion for Early Termination of Probation is granted.  Order to enter.