UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                              Case No. 3:07-cr-00048-HLA-MCR

KASSIAN MARITIME NAVIGATION
AGENCY, LTD.,

_____

## MOTION TO REMOVE ATTORNEY FROM DOCKET

**COME NOW**, undersigned counsel to request that Briton P. Sparkman be removed from the Docket for the above captioned matter.

November 2, 2009 our office received a letter indicating that Mr. Sparkman had been added as an attorney of record to the above entitled matter as a result of his name appearing on the Defendant's Motion for Early Termination of Probation. (*See* Docket 140). While he is an attorney admitted to practice in Massachusetts and New York, as well as the Southern District of New York, he is not admitted to the bar of this Honorable Court.

Mr. Sparkman is not an attorney of record in this case; will not be seeking pro hac vice or other special admission; and will not be appearing on behalf of Defendant before this Honorable Court. Accordingly, it is respectfully requested that Briton P. Sparkman be removed from the Docket.

Date: November 3, 2009

Respectfully submitted:

By: _____

George M. Chalos
Federal Bar No. GC-8693
CHALOS & CO, P.C.
123 South Street
Oyster Bay, New York 11771
Tel:    (516)-714-4300
Fax:    (516)-750-9051
Email:  gmc@chaloslaw.com
**ATTORNEYS FOR KASSIAN MARITIME
NAVIGATION AGENCY, LTD.**

Of Counsel:

**Moseley Prichard Parrish Knight & Jones**

James F. Moseley Jr., Florida Bar No. 699926
P. Michael Leahy, Florida Bar No. 0504211
501 West Bay Street
Jacksonville, Florida 32202
Phone: (904) 356-1306
Fax: (904) 354-0194
email:jmoseleyjr@mppkj.com